UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA SASSAN,

        Plaintiff,                                Case No. 1:08-CV-120

v                                                      Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**ORDER**

By order entered April 25, 2008, the court informed the parties that this action was in the nature of an administrative appeal and established a briefing schedule. The court instructed the parties that "[m]otions for summary judgment are inappropriate in social security cases and shall not be filed." Contrary to the court's instruction, plaintiff filed the initial brief in support of her position in the form of a motion for summary judgment (docket no. 9).

Accordingly, plaintiff's motion for summary judgment is DENIED as procedurally incorrect. Denial of this motion, however, is not to be construed as a denial of the appeal itself. The court will consider plaintiff's submission as her initial brief in support of her position on appeal, and the Clerk of the Court is directed to docket the motion as such.

        IT IS SO ORDERED.

Dated:  May 28, 2008                              /s/ Hugh W. Brenneman, Jr.
                                                           HUGH W. BRENNEMAN, JR.
                                                           United States Magistrate Judge