UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA A. SASSAN,

        Plaintiff,                     Case No. 1:08cv120

v.                                         Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

        Defendants.
_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on November 7, 2008. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 7, 2008, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that the Commissioner's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner should (1) re-evaluate plaintiff's limitations with respect to neck flexion, (2) re-evaluate plaintiff's limitations on pushing and pulling, and (3) re-evaluate plaintiff's ability to perform other work at step five of the sequential evaluation, including the 10,000 jobs identified in the ALJ's decision.

                                                                       /s/ Robert J. Jonker
                                                                ROBERT J. JONKER
                                                  UNITED STATES DISTRICT JUDGE

DATED: December 15, 2008.